**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ARIZONA LOGAN**                                                                    **PLAINTIFF**
Reg. #24047-009

v.                  **CASE NO.: 2:11CV00023 BSM/BD**

**T.C. OUTLAW, et al.**                                             **DEFENDANTS**

## ORDER

Plaintiff Arizona Logan, a federal prisoner, filed this lawsuit pro se under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999. Mr. Logan also asserts a claim under the Federal Tort Claims Act ("FTCA").

In his complaint and his amended complaint, Mr. Logan alleges that the Defendants violated his constitutional rights by retaliating against him and discriminating against him based on his race. In addition, he claims that he was wrongfully terminated from UNICOR in violation of the Federal Tort Claim Act, 26 U.S.C. § 1346.

Courts must screen prisoner complaints that seek relief against a government entity, officer, or employee and dismiss any part of a complaint raising claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A.

The Court has screened Mr. Logan's complaint and amended complaint, and has determined that service is appropriate in this case. The Clerk of Court is directed to

prepare a summons for each Defendant, and the United States Marshal is directed to serve each Defendant with a summons, a copy of the complaint (#2) and a copy of the amended complaint (#8). The United States Attorney for the Eastern District of Arkansas and the United States Attorney General should also be served. Service is to be made without prepayment of fees or costs.

Service is not appropriate for the John Doe Defendants. The Federal Rules of Civil Procedure allow 120 days to serve defendants. FED. R. CIV. P. 4(m). Accordingly, Mr. Logan must identify and serve the Doe Defendants by July 5, 2011.

IT IS SO ORDERED this 10th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE